Appellant in essence also argues and is correct in that the court in *Shapiro* placed a heavy burden on judgment creditors and that such a burden could lead to an abuse of the privilege against self-incrimination, when the judgment debtor is in a much better position to assess whether any answers would actually tend to incriminate him. Nevertheless we are bound by *Shapiro's* mandate and here we have no demonstration of any kind by the appellant which could lead us to believe Dednam's answers would not have been incriminating. Appellant's single statement that Dednam had given no basis for invoking the privilege is clearly insufficient under the present law and the trial court was correct in sustaining Dednam's refusal to answer.

The judgment is affirmed.

SNYDER, P.J., and GAERTNER, J., concur.

CRIST, Judge.

Action involving cross-motions to modify custody provisions of dissolution decree. The initial decree named mother as custodial parent. She sought a modification of the decree that would allow her to remove the children permanently from Missouri. In response, husband filed a counter-motion to modify seeking a transfer of custody of the children to him.

The trial court heard the motions and transferred custody to father, finding it was in the best interests of the minor children to remain in the St. Louis area and that father could provide a more stable environment for the children.

We find the trial court's order is supported by substantial evidence and the trial court correctly declared and applied the law. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo.banc 1976). An extended opinion would have no precedential value.

Judgment affirmed in accordance with Rule 84.16(b).

CRANDALL, P.J., and REINHARD, J., concur.

Jacqueline Yvette STRANGE, formerly
Jacqueline Yvette Hartmann,
Appellant,

v.

Robert Edward HARTMANN,
Respondent.

No. 45417.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 1, 1983.

Mary Anne Sedey, St. Louis, for appellant.

Mary Ann Weems, Clayton, for respondent.

Gary L. DUGGER, Plaintiff-Respondent,

v.

Judith M. WELP, Defendant-Appellant.

No. 45639.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 1, 1983.